**Daniel P. Larsen**, OSB No. 943645
Email: dlarsen@buchalter.com
BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

**Oren Bitan**, *Pro Hac Vice* Admission
Email: obitanbuchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.5012

*Attorneys for Receiver*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| DAVID P. STAPLETON, in his capacity as COURT-APPOINTED RECEIVER for the Receiver for the RECEIVERSHIP ENTITY, including ZADEH KICKS, LLC dba ZADEH KICKS, an Oregon limited liability corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE SNEAK PEEK LLC, an Ohio limited liability company, <br><br> Defendant. | Case No. 6:24-cv-00012-MK <br><br> DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF RECEIVER'S MOTION FOR REMAND |

I, David P. Stapleton, declare and state:

1.      I am the court-appointed receiver for the Receivership Entity, Zadeh Kicks, LLC

dba Zadeh Kicks, the plaintiff in this action. I make this declaration in support of the Receiver's

Page 1    DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF
RECEIVER'S MOTION TO REMAND TO STATE COURT

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

BN 80761165v2

Motion to Remand to State Court. I have personal knowledge of the facts stated in my declaration, and I am competent to testify regarding them.

2.      Zadeh Kicks LLC ("Zadeh Kicks") is a sneaker resale company that was formed as an Oregon limited liability company.

3.      On or about May 19, 2022, Zadeh Kicks filed a petition in *In re Judicial Dissolution of Zadeh Kicks dba Zadeh Kicks*, Lane County Circuit Court Case No. 22CV16510 for voluntary dissolution and appointment of a receiver. Zadeh Kicks proposed me as receiver.

4.      The court granted the petition, and I was appointed as receiver on May 20, 2022. One of my duties as receiver is to manage the wind-up and dissolution process of Zadeh Kicks. To support this objective, the court has given me the authority to, among other things, "to take all actions necessary to protect [Zadeh Kicks'] interests or rights to collect ant debts owed to or claims held by [Zadeh Kicks] relating to the Receivership Estate, including, if necessary, commencing any legal proceeding, arbitration or mediation, to protect such interests or recover such funds or claims, including, without limitation, collection, claim and delivery, fraudulent transfer, or breach of contract actions." Attached as "Exhibit A" is a true and correct copy of the Order Appointing Receiver.

5.      As part of my duties, my team and I undertook a forensic accounting review of Zadeh Kicks' finances and established a list of "net winners."

6.      Defendant The Sneak Peek LLC ("Defendant") was among those my team and I identified as "net winners." During the time period between January 2020 and April 2022, the books and records of Zadeh Kicks show that Defendant received a total of $2,554,823 in the form of cash and sneakers from Zadeh Kicks in excess of funds Defendant paid to Zadeh Kicks.

Page 2    DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF
RECEIVER'S MOTION TO REMAND TO STATE COURT

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

BN 80761165v2

7.     On or about April 26, 2023, I sent a letter to Defendant and other net winners, notifying them that I intended to claw-back any monies received in excess of the funds paid to Zadeh Kicks between January 2020 and April 2020. In the letter, I offered to settle the matter at a discounted rate to avoid the need for litigation. Defendant did not accept my offer.

8.     I filed the first complaint against a Zadeh Kicks net winner in the Circuit Court of the State of Oregon for the County of Lane on September 22, 2023. I filed the instant complaint against Defendant on November 10, 2023. Thereafter, I filed complaints against the following net winners: Idanks Limited Liability Company, a New Jersey limited liability corporation (Case No. 23CV48584); No Contest, LLC, a New Jersey limited liability company (Case No. 23CV42289); Kickstopny LLC, a New York limited liability company (Case No. 23CV42279); Deadstock LA, Inc. and Ely Halavi, an individual dba Yeezus We Trust (Case No. 23CV40344); The Keystone Market LLC, a North Carolina limited liability company (Case No. 23CV42278); Soleseriouss LLC, a New Jersey foreign limited liability company (Case No. 23CV4227); Johnny Davis, an individual (Case No. 23CV42276); Anthony Varela, an individual dba Sixteen Ten (Case No.23CV42272); and Aden Trano, an individual (Case No. 23CV42275). All of these cases were assigned to the court that appointed me.

9.     Since being appointed receiver, I have filed periodic receivership reports with the court that appointed me. In these reports, I summarize my activities, Zadeh Kicks' operations and assets. As of the date of this declaration, I have filed 15 reports. Attached as "Exhibit B" is a true and correct copy my most recent report, Receiver's Report No. 15.

10.     I believe the court that appointed me is in the best position to adjudicate this action. In my business judgment, it is in the best interests of the Receivership Estate for that court to hear all of the actions I have filed on Zadeh Kicks' behalf.

Page 3     DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF
RECEIVER'S MOTION TO REMAND TO STATE COURT

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503.226.1191

BN 80761165v2

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 2nd day of February, 2024.

_____
David P. Stapleton, Receiver

DECLARATION OF DAVID P. STAPLETON IN SUPPORT OF
RECEIVER'S MOTION TO REMAND TO STATE COURT

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
Telephone: 503 226 1191

BN 80761165v2